| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Brian C. Nicholas<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Harley-Davidson Credit Corp |
| In Re:<br>     Proietti, Raymond A. Jr. |

Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  17-22530 MBK

Hearing Date: September 11, 2017

Judge: Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 12, 2017**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Upon the motion of <u>Harley-Davidson Credit Corp</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2016 HARLEY-DAVIDSON CREDIT CORP XL1200X FORTY-EIGHT , VIN: 1HD1LC315GC445147**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*