**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond A. Proietti Jr. | Social Security number or ITIN    xxx–xx–4471 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22530–MBK | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond A. Proietti Jr.

9/22/17

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-22530-MBK
Raymond A. Proietti, Jr.                                                Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Sep 22, 2017
                              Form ID: 318                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db             +Raymond A. Proietti, Jr.,    51 Barbary Lane,    Columbus, NJ 08022-2312
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
516890680      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
516890688      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516974229       State of New Jersey,    DIVISION OF EMPLOYER ACCOUNTS,    PO BOX 379,
                 TRENTON, NEW JERSEY 08625-0379
516890691      +The Smile Center,    23659 Columbus Rd, Ste 1,    Columbus, NJ 08022-1980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516890677      +EDI: CINGMIDLAND.COM Sep 22 2017 22:28:00      AT&T Mobility,   PO Box 537104,
                 Atlanta, GA 30353-7104
516890678      +EDI: CAPITALONE.COM Sep 22 2017 22:28:00      Capital One,   Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
516890679      +EDI: CHASE.COM Sep 22 2017 22:28:00      Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
516890681      +EDI: WESTASSET.COM Sep 22 2017 22:28:00      Global Receivables Solutions, Inc.,
                 7171 Mercy Road,    Omaha, NE 68106-2620
516890683      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 22 2017 22:41:29       Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
516890685      +EDI: CBSKOHLS.COM Sep 22 2017 22:28:00      Kohls/Capital One,   Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
516890686      +E-mail/PDF: bankruptcy@ncfsi.com Sep 22 2017 22:43:33      New Century Financial Service,
                 110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516893259      +EDI: RMSC.COM Sep 22 2017 22:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516890690      +EDI: RMSC.COM Sep 22 2017 22:28:00      Synchrony Bank/TJX,   Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
516890692      +EDI: USAA.COM Sep 22 2017 22:28:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                 9800 Fredericksburg Rd,    San Antonio, TX 78288-0002
516890694      +EDI: USAA.COM Sep 22 2017 22:28:00      USAA Savings Bank,   10750 McDermott,
                 San Antonio, TX 78288-1600
516890693       EDI: USAA.COM Sep 22 2017 22:28:00      Usaa Federal Savings Bank,    10750 McDermott Fwy,
                 San Antonio, TX 78288-1600
516890695      +EDI: USAA.COM Sep 22 2017 22:28:00      Usaa Svg Bk,   10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516890682*     +Global Receivables Solutions, Inc.,    7171 Mercy Road,   Omaha, NE 68106-2620
516890684*     +Harley Davidson Financial,    Attention: Bankruptcy,   Po Box 22048,
                 Carson City, NV 89721-2048
516890687*     +New Century Financial Service,    110 S Jefferson Rd # 104,   Whippany, NJ 07981-1038
516890689*     +Pressler & Pressler,    7 Entin Rd,   Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 22, 2017
                              Form ID: 318             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Bunce Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Lee Martin Perlman    on behalf of Debtor Raymond A. Proietti, Jr. ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```